IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRENDA B.,** § § § Plaintiff, § § v. § **KILOLO KIJAKAZI,** Acting Commissioner § of the Social Security Administration, § § Defendant. § | Civil Action No**. 3:20-CV-3751-L-BN** |

## **ORDER**

On August 2, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 20) ("Report") was entered, recommending that the court affirm the partially adverse decision of the Acting Commissioner of the Social Security Administration ("Commissioner"). In making this recommendation, the magistrate judge noted that Plaintiff's "burden is not to highlight evidence contrary to the ALJ's [administrative law judge's] ruling, but to show that there is no substantial evidence supporting the ALJ's decision." Report 11 (citation omitted). On August 16, 2022, Plaintiff filed objections to the Report in which she argues that she satisfied her burden in this regard. The court disagrees.

Accordingly, having considered the pleadings, file, Report, and record in this case, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. The court, therefore, **overrules** Plaintiff's objections to the Report; **affirms** the decision of the Commissioner; and **dismisses with prejudice** this action.

**Order – Page 1**

**It is so ordered** this 17th day of August, 2022.

_____
Sam A. Lindsay
United States District Judge

Order – Page 2